350

IN RE R.A.

[Cite as *In re R.A.,* 134 Ohio St.3d 350, 2012-Ohio-5500.]

(No. 2011–1182—Submitted December 4, 2012—Decided December 5, 2012.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re M.W.,* 133 Ohio St.3d 309, 2012-Ohio-4538, 978 N.E.2d 164.

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

PFEIFER, J., dissents.

———————

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Paula Adams, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Sheryl A. Trzaska, Assistant Public Defender, for appellant.

THE STATE OF OHIO, APPELLEE, *v.* RABER, APPELLANT.

[Cite as *State v. Raber,* 134 Ohio St.3d 350, 2012-Ohio-5636.]